MICHAEL D. LONG
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 447-1920
Facsimile:  (916) 442-8299
Email:       Mike.Long.Law@msn.com

Attorney for Defendant
BRANDON McMURRIAN

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-12-442 LKK |
| Plaintiff, | ORDER |
| vs. | **WAIVER OF DEFENDANT'S PRESENCE** |
| BRANDON McMURRIAN | Judge: Lawrence K. Karlton |
| Defendants | |

Defendant BRANDON McMURRIAN hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will agree to be personally present for any plea, sentencing or jury trial, and he agrees to be personally present in court when ordered by the court to be present.

Defendant BRANDON McMURRIAN hereby requests the court to proceed in his absence. Defendant agrees that his interests will be deemed represented at all times by the presence of his undersigned attorney, the same as if he were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in his absence.

Defendant further acknowledges that he has been informed of his rights under the Speedy Trial Act (Title 18 U.S.C. section 3161 – 3174), and he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act with her being personally present.

The original signed copy of this document will be kept in Mr. Long's file.

Dated: August 18, 2013

Respectfully submitted,

By: BRANDON McMURRIAN
Defendant

By: Michael D. Long
Attorney for Defendant
BRANDON McMURRIAN

GOOD CAUSE APPEARING, Defendant BRANDON McMURRIAN's waiver of personal appearance is accepted by the court. IT IS SO ORDERED.

Dated: August 22, 2013

Hon. Lawrence K. Karlton
United States District Court