FILED
August 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                      Plaintiff, )
v. )
    )
BRANDON MCMURRIAN, )
                      Defendant. )

Case No. 2:12CR00442-1

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRANDON MCMURRIAN__, Case No. __2:12CR00442-01__, Charge __18 U.S.C. 371 - Conspiracy to Assault__, from custody for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

    ✔    (Other)    __Time Served__

Issued at __Sacramento, CA__ on __August 26, 2014__ at __9:35 am__.

By _/s/ Lawrence K. Karlton_
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal